# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | M09 |
| Violation Number | 7851401 |
| Officer Name (Print) | PEYTON |
| Officer No. | 207 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged | State Code |
|---|---|---|
| 02/11/2019 1429 | MTA 21-1003 dd | ☒ State Code |

**Place of Offense:** BRONSON RD ADJ TO RICKETS HALL

**Offense Description, Factual Basis for Charge:**
PARKING VEHICLE IN FRONT OF CURB RAMP DESIGNED FOR USE OF INDIVIDUALS WITH DISABILITIES.

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| SOWELL | RICKY | L |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 7CF5343 | MD | | BMW 530I | | GRY |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 58 Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT →** $ 88 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: ALUMNI HALL
Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 11 FEB, 20 19, while exercising my duties as a law enforcement officer in the EASTERN District of MARYLAND

WHILE CONDUCTING PARKING ENFORCEMENT I OBSERVED THE SUBJECT VEH. PARKED IN FRONT OF A CURBED RAMP FOR DISABLED INDIVIDUALS.

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/11/2019  [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.